```
                    IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
               Plaintiff,     )        4:08CR3129
                              )
     v.                       )
                              )
BRANDON A. MAUL,              )        ORDER
                              )
               Defendant.     )
                              )
```

IT IS ORDERED:

Plaintiff's motion to seal, filing no. 86, is granted and the plaintiff's motion (filing no. 87) shall be maintained as a sealed document.

DATED this 18th day of March, 2009.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge